UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TMT BULK CO. LTD., :

       Plaintiff, : 08 CV _____
        ECF CASE
- against - :

BRADE CARRIERS INC. AND KIRWYN :
SHIPPING LIMITED,
        :
       Defendants.
------------------------------------------------------------X

## DISCLOSURE OF INTERESTED
## PARTIES PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

    NONE.

Dated: April 11, 2008
       New York, NY

                                        The Plaintiff,
                                        TMT BULK CO. LTD.,

                           By: _____
                               Lauren C. Davies (LD 1980)
                               Thomas L. Tisdale (TT5263)
                               TISDALE LAW OFFICES, LLC
                               11 West 42nd Street, Suite 900
                               New York, NY 10036
                               (212) 354-0025 (Phone)
                               (212) 869-0067 (Fax)
                               ldavies@tisdale-law.com
                               ttisdale@tisdale-law.com