

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TMT BULK CO. LTD.,               :

       Plaintiff,               :    08 CV 3519 (PKC)
                                                   ECF CASE

   - against -                     :

BRADE CARRIERS INC. AND KIRWYN     :
SHIPPING LIMITED,
                                            :
       Defendants.
------------------------------------------------------------X

### ORDER OF PARTIAL VOLUNTARY DISMISSAL
### AGAINST KIRWYN SHIPPING LIMITED ONLY

Please take notice, there having been no appearance from the Defendant KIRWYN SHIPPING LIMITED ("KIRWYN") that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to KIRWYN pursuant to Federal Rule of Civil Procedure 41(a). The attachment is hereby vacated as to KIRWYN **only** and the garnishees are directed to release any and all funds that they may have secured of KIRWYN. The ex parte order for process of maritime attachment is to remain in effect as against and and all other defendants.

Dated: May 6, 2008
New York, NY

By: *Lauren Davies*
Lauren C. Davies (LD1980)
TISDALE LAW OFFICES, LLC
11 West 42nd Street, Suite 900
New York, NY 10036
(212) 354-0025
(212) 869-0067 – fax
ldavies@tisdale-law.com

SO ORDERED

*signature*
Hon. P. Kevin Castel U.S.D.J.
5-8-08