UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
TMT BULK CO. LTD.,                              :

        Plaintiff,                              :

     - against -                                 :

BRADE CARRIERS INC. AND KIRWYN          :
SHIPPING LIMITED,

                      :

        Defendants.
---------------------------------------------------------------X

08 CV 3519 (PKC)
ECF CASE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/08

## ORDER OF VOLUNTARY DISMISSAL

     Please take notice, there having been no appearance from any Defendants that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a). The attachment is hereby vacated and the garnishees are directed to release any funds that they may have secured.

Dated: New York, NY
      May 20, 2008

By: _____
     Lauren C. Davies (LD1980)
     TISDALE LAW OFFICES, LLC
     11 West 42nd Street, Suite 900
     New York, NY 10036
     (212) 354-0025
     (212) 869-0067 – fax
     ldavies@tisdale-law.com

Hon. P. Kevin Castel U.S.D.J.

5-20-08